## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ROBERT EUGENE HOLDEN, JR.,           Civil No. 05-954 (JRT/AJB)

      Plaintiff,

v.                                 **ORDER ADOPTING REPORT AND RECOMMENDATION**

DEAN MOONEY,

      Defendant.

---

Robert Eugene Holden, Jr., Minnesota Sex Offender Program, 1111 Highway 73, Moose Lake, Minnesota 55767, *pro-se*.

Angela Helseth Kiese, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1800, St. Paul, Minnesota 55101; Barbara E. Berg Windels, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 900, St. Paul, Minnesota 55101, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 4, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Robert Eugene Holden's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is **denied** [Doc. No. 1] and that this matter is dismissed with prejudice.

DATED: January 29, 2007                            s/John R. Tunheim
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                  United States District Judge